**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2353**

In re:  JOSE ALBERTO PEREZ,

Petitioner.

On Petition for Writ of Mandamus.  (1:20-cv-00692-TDS-JEP; 1:11-cr-00256-1)

Submitted:  January 20, 2022                     Decided:  January 24, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jose Alberto Perez, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Alberto Perez petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his petition for a writ of error coram nobis, filed pursuant to 28 U.S.C. § 1651.  He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*